# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re                                                        Case No.

**Eighty Eight Homes, LLC**

_____ Debtor(s).         /

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of __4__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **August 16, 2020**

**/s/ Arasto Farsad**
_____
Signature of Debtor's Attorney or Pro Per Debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

AR Construction
792 Meridian Way
San Jose, CA 95126-3879


Ashok and Rekha Sethi
18832 Arata Way
Cupertino, CA 95014


Aswin and Geeta Shreemal
48043 Leontine Ct.
Fremont, CA 94539


Bernard Greenfield
Greenfield LLP
55 South Market St., #1500
San Jose, CA 95113


Brian Ngo, Esq.
22 Great Oaks Blvd., #245
San Jose, CA 95119-1457


Casas Riley Simonian, LLP
55 N. 3rd St.
Campbell, CA 95008-2070


Dat Ngo, Brenda Huynh, Tuan Vu &
HVB Inv
c/o Ventura Hersey & Muller, LLP
1506 Hamilton Ave.
San Jose, CA 95125-4539


Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

Greenlake Real Estate Fund, LLC
1416 El Centro St. #200
South Pasadena, CA 91030-3202


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jennifer Tullius
Tullius Law Group, APC
515 S. Flower St, 18th Floor
Los Angeles, CA 90071


Karthikeyan Ramamoorthy
356 Gerald Circle
Santa Clara, CA 95053


Kim Vu and Minh Nguyen
c/c Brian Ngo
22 Great Oaks Blvd. #245
San Jose, CA 95119-1457


Landmark Law Group, Inc.
2633 Lincoln Blvd., #613
Santa Monica, CA 90405-4619


Manali and Jinang Shah
200 Parc Place Dr.
Milpitas, CA 95035


Mary Ly
2186 Paseo del Oro
San Jose, CA 95124-2046

Metaform Ventures
48042 Leontine Ct.
Fremont, CA 94539


Nhi Thuc Huynh
c/o Casas Riley Simonian, LLP
55 N. 3rd St.
Campbell, CA 95008-2070


Parkview Financial-REIT, LP
11601 Wilshire Blvd., #2100
Los Angeles, CA 90025


Payal R. Shah
28 Images Circle
Milpitas, CA 95035


Rober McCarthy
18245 Paulson Dr.l
Port Charlotte, FL 33954-1019


Robin Mesina
6400 Christie Ave., #5213
Emeryville, CA 94608-1046


Sachin and Ruchi Jain
3450 Granada Ave., #99
Santa Clara, CA 95051


Sonya and Isha Ajmera
1486 N. Hillview Dr.
Milpitas, CA 95035

Sudhanshu Jain
47615 Bannon Ct.
Fremont, CA 94539


Ventura Hersey & Muller, LLP
15106 Hamilton Ave.
San Jose, CA 95125


Wayne Silver, Esq.
634 Bair Island Rd., #403
Redwood City, CA 94063-2758